T. Jason Wood, Esq.
Idaho State Bar No. 5016
WOOD LAW GROUP, PC
1488 Midway Avenue
Idaho Falls, ID  83406
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TONY A. IRVINE,<br><br>    Plaintiff,<br><br>v.<br><br>DUSTIN COOK, the CITY OF IDAHO FALLS, and JOHN DOES I - X,<br><br>    Defendants. | Case No. 1:22-cv-00218<br><br>**MOTION FOR WAIVER OF BOND** |

Pursuant to Idaho Code § 31-3220, Plaintiff Tony A. Irvin, by and through his attorneys, T. Jason Wood and Wood Law Group, PC, hereby moves for the Court's Order waiving any requirement to post a bond in this matter which otherwise would be required by I.C. § 6-610, based upon Plaintiff's indigence.

1 -      MOTION FOR WAIVER OF BOND

This motion is supported by a declaration of indigence and memorandum of points and authorities filed herewith pursuant to Idaho Code § 31-3220.

RESPECTFULLY REQUESTED this 20th day of May, 2022.

WOOD LAW GROUP, PC

By:   /s/_____
         T. Jason Wood, Esq.

2 -     MOTION FOR WAIVER OF BOND